Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Telephone:   (973) 401-7117
Facsimile:    (973) 292-1767

Paul R. Koepff
Claudia Ray
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061

*Attorneys for Plaintiffs*
*ACE American Insurance Company,*
*Illinois Union Insurance Company,*
*Westchester Surplus Lines Insurance Company,*
*and Westchester Fire Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>WACHOVIA INSURANCE AGENCY INC. d/b/a E-RISK SERVICES, and SCOTTSDALE INSURANCE COMPANY,<br><br>                              Defendants. | Civil Action No. _____<br><br><br><br><br><br>**NOTICE OF APPLICATION**<br>**FOR EMERGENCY RELIEF** |

678482_1

**TO:**

| | |
|---|---|
| WACHOVIA INSURANCE AGENCY INC. d/b/a E-RISK SERVICES 301 South College Street Charlotte, North Carolina 28288 | GREENBAUM ROWE SMITH & DAVIS, LLP 75 Livingston Avenue Roseland, New Jersey 07068 Attorneys for Wachovia Insurance Agency Inc. d/b/a E-Risk Services |
| SCOTTSDALE INSURANCE COMPANY 8877 North Gainey Center Drive, Scottsdale, Arizona 85258 | Eric M. Fogel, Esq. SCHUYLER ROCHE, P.C. One Prudential Plaza, Suite 3800 130 East Randolph Street Chicago, Illinois 60601 Attorneys for Scottsdale Insurance Company |

**PLEASE TAKE NOTICE** that on Tuesday, September 2, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, Plaintiffs ACE American Insurance Company, Illinois Union Insurance Company, Westchester Surplus Lines Insurance Company, and Westchester Fire Insurance Company, by and through their attorneys, will apply to the United States District Court for the District of New Jersey for emergency relief by way of the entry of an Order To Show Cause With Temporary Restraints pursuant to Fed.R.Civ.P. 65 and L.Civ.R. 65.1, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiffs will rely upon the Verified Complaint, Memorandum of Law, Declaration of David Lupica, and Declaration of Maria Roman being filed herewith. The form of Order To Show Cause With Temporary Restraints whose entry Plaintiffs seek is provided with this Notice.

2

678482_1

Dated: September 2, 2008                                Respectfully submitted:


                                                          */s/ Thomas R. Curtin*
                                                          Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Tel:     (973) 401-7117
Fax:    (973) 292-1767

Paul R. Koepff
Claudia Ray
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Tel:     (212) 326-2000
Fax:    (212) 326-2061

*Attorneys for Plaintiffs*
*ACE American Insurance Company,*
*Illinois Union Insurance Company,*
*Westchester Surplus Lines Insurance*
*Company, and Westchester Fire Insurance*
*Company*