Thomas R. Curtin
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
Tel:     (973) 401-7117
Fax:    (973) 292-1767

Paul R. Koepff
Claudia Ray
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Tel:     (212) 326-2000
Fax:    (212) 326-2061

*Attorneys for Plaintiffs*
*ACE American Insurance Company,*
*Illinois Union Insurance Company,*
*Westchester Surplus Lines Insurance Company,*
*and Westchester Fire Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>   -against-<br><br>WACHOVIA INSURANCE AGENCY INC. D/B/A E-RISK SERVICES, and SCOTTSDALE INSURANCE COMPANY,<br><br>                Defendants. | Civil Action No. 08-4369 (JLL) (CCC)<br><br>**CERTIFICATE OF SERVICE** |

678582_1

The undersigned member of the bar of this Court hereby certifies that service was made of each of the following documents in support of plaintiffs' Application For Emergency Relief:

(1) Verified Complaint;

(2) Civil Cover Sheet;

(3) Corporate Disclosure Statement;

(4) Notice of Application For Emergency Relief;

(5) [Proposed] Order To Show Cause With Temporary Restraints;

(6) Memorandum Of Law In Support Of The Application of Plaintiffs For A Temporary Restraining Order And Their Motion For A Preliminary Injunction;

(7) Declaration of David Lupica; and

(8) Declaration of Maria Roman

by serving true electronic copies of these documents upon the following counsel via e-mail on September 2, 2008:

> Paul Tomasi, Esq.
> WACHOVIA INSURANCE AGENCY
> 227 Route 206
> Flanders, New Jersey 07836
> ptomasi@eriskservices.com
>
> Eric M. Fogel, Esq.
> SCHUYLER ROCHE, P.C.
> One Prudential Plaza, Suite 3800
> 130 East Randolph Street
> Chicago, Illinois 60601
> Attorneys for Scottsdale Insurance Company
> efogel@SchuylerRoche.com

by serving true electronic copies of these documents upon the following counsel via e-mail on September 3, 2008:

>Stephanie Reckord, Esq.
>GREENBAUM ROWE SMITH & DAVIS, LLP
>75 Livingston Avenue
>Roseland, New Jersey 07068
>Attorneys for Wachovia Insurance Agency Inc.
>d/b/a E-Risk Services
>sreckord@greenbaumlaw.com

and by hand-delivering paper copies of these documents to defendants at the following addresses

on September 3, 2008:

>WACHOVIA INSURANCE AGENCY INC.
>d/b/a E-RISK SERVICES
>301 South College Street
>Charlotte, North Carolina 28288
>
>SCOTTSDALE INSURANCE COMPANY
>8877 North Gainey Center Drive,
>Scottsdale, Arizona 85258.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statement are willfully false, I am subject to punishment.

Dated:  September 3, 2008                Respectfully submitted,

>*s/ Thomas R. Curtin*
>Thomas R. Curtin
>GRAHAM CURTIN
>A Professional Association
>4 Headquarters Plaza
>P.O. Box 1991
>Morristown, New Jersey 07962-1991
>Telephone:  (973) 292-1700
>Facsimile:  (973) 292-1767
>
>*Attorneys for Plaintiffs*
>*ACE American Insurance Company,*
>*Illinois Union Insurance Company,*
>*Westchester Surplus Lines Insurance Company,*
>*and Westchester Fire Insurance Company*